**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6766**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

JOSEPH ALLEN SMITH,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema,
District Judge. (1:10-cr-00438-LMB-1)

_____

Submitted: September 18, 2013    Decided: September 26, 2013

_____

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Allen Smith, Appellant Pro Se. Uzo Asonye, James Patrick
McDonald, Eugene Joseph Rossi, Patrick John Shearns, OFFICE OF
THE UNITED STATES ATTORNEY, Karen Ledbetter Taylor, Assistant
United States Attorney, Alexandria, Virginia; Andrew John Ewalt,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Allen Smith appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 1:10-cr-00438-LMB-1 (E.D. Va. May 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED